JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rodrick J. Silas,<br><br>      Plaintiff,<br><br>  v.<br><br>US Bvank National Association, et al.,<br><br>      Defendants. | SACV 13-00688-JVS(MANx)<br><br>ORDER OF DISMISSAL FOR<br><br>LACK OF PROSECUTION |

The Court having issued an Order to Show Cause on <u>November 5, 2013</u> as to why this action should not be dismissed for lack of prosecution, with a written response due on November 20, 2013 and no response having been made,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: November 27, 2013

                                                              _____
                                                              James V. Selna
                                                              United States District Judge